UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GERMAN SARANGO CARDENAS,

                        *Petitioner*,

        – against –

ANTHONY J. LAROCCO, *Sheriff of Nassau County*, WILLIAM JOYCE, *District Director of New York, Immigration and Customs Enforcement*, KRISTI NOEM, *Secretary of Homeland Security*, PAM BONDI, *Attorney General of the United States*,

                        *Respondents*.

**TRANSFER ORDER**
26-cv-00949 (NCM)

---

**NATASHA C. MERLE**, United States District Judge:

Petitioner German Sarango Cardenas, proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Section 2241"). Pet., ECF No. 1 ("Petition"). For the reasons stated below, the Court transfers this action to the United States District Court for the District of New Jersey.

Petitioner filed the Petition and a motion for temporary restraining order on February 18, 2026, asserting that he was detained by U.S. Immigration and Customs Enforcement ("ICE") on February 16, 2026, in violation of his constitutional and statutory rights. Pet. ¶¶ 1, 10. Petitioner was arrested in Long Island, New York, but was detained at an unknown location.[1] Pet. ¶¶ 2, 12, 27. The same day the Petition was filed, the Court

---

[1]    Due to petitioner's detention and pro se status, the Petition was filed in the Clerk's Office by petitioner's "next friend"—Christian A. Cardenas Cordova. *See* Pet. 1.

1

enjoined respondents from moving petitioner to a location outside the Eastern District of New York, Southern District of New York, or the District of New Jersey. Scheduling Order 2, ECF No. 3. The Court also ordered respondents to, among other things, state whether they believed that petitioner was located in the Eastern District of New York at the time the Petition was filed and, if not, "provide support for the time the petitioner was moved outside the district," and indicate "whether the Court should order immediate transfer to the District in which Petitioner was located at the time of filing." Scheduling Order 3 n.2 (citing *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025)).

Respondents responded the same day that, "[b]ased on information supplied by ICE," petitioner was located—and is currently detained—at the Delaney Hall Detention Facility ("DHDF") in Newark, New Jersey at the time the Petition was filed. Resp's Letter dated Feb. 18, 2026, ECF No. 4. Respondents thus "submit[ted] that the Court should order immediate transfer of this action to the District of New Jersey" and further offered to provide "additional support" regarding petitioner's detention. Resp's Letter dated Feb. 18, 2026. In response to further order from the Court, respondents provided such support the following day in the form of a declaration from an ICE deportation officer who attests that petitioner was "booked" into DHDF the evening of February 17, 2026, the day prior to the Petition being filed, and that petitioner "currently remains [there] in custody." Decl. of Kareem Johnson ¶ 5, ECF No. 5-1.

Based on the record before the Court, the Court finds that petitioner was not detained in the Eastern District of New York at the time he filed this Petition. And because petitioner seeks relief pursuant to Section 2241, his petition "must be brought in the

2

district of confinement." *United States v. Sternquist*, No. 22-cr-00473, 2025 WL 3240234, at *1 (E.D.N.Y. Nov. 20, 2025) (citing *Öztürk*, 136 F.4th at 390).

Accordingly, in the interest of justice, the Court transfers this Petition to the United States District Court for the District of New Jersey. *See* 28 U.S.C. §§ 1404(a), 1406(a). The Clerk of Court is respectfully directed to transfer this action to the United States District Court for the District of New Jersey. The provision of Rule 83.1 of the Local Rules of the Eastern District of New York, which requires a seven-day delay, is waived.

Counsel for respondents is directed to serve a copy of this Order on Petitioner and Petitioner's next friend, Christian A. Cardenas Cordova, and file proof of service by February 20. 2026.

The Clerk of Court is respectfully directed to mark this case as closed in this District and to deliver a copy of this Order to the U.S. Attorney's Office at Richard.Hayes@usdoj.gov.

**SO ORDERED.**

　　　　　　　　　　　　　　　 /s/ Natasha C. Merle
　　　　　　　　　　　　　　　NATASHA C. MERLE
　　　　　　　　　　　　　　　United States District Judge

Dated: February 19, 2026
　　　　Brooklyn, New York

3